

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00238-CV

## IN RE DEBBIE ECHOLS AND RHONDA ECHOLS

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Relators' petition for writ of mandamus is denied.    Relators' motion for

emergency stay is dismissed as moot.


                                           AL SCOGGINS
                                           Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed June 24, 2011
[OT06]